| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

**FINANCIAL DISCLOSURE REPORT**
**FOR CALENDAR YEAR 2008**

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WHIPPLE, HAROLD "DEAN" D. | Western District of Missouri | 04/21/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE (Senior Status) | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 8462 Chas. Evans Whittaker Crt<br>400 East 9th Street<br>Kansas City, MO 64106 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 APR 22 A 10: 22 FINANCIAL DISCLOSURE OFFICE RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 04/21/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Missouri Judges Retirement System - Pension | $36,041.04 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Administrative Office - U.S. Courts - Administrative Assistant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 04/21/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank (formerly Merc.Bank) (IRA's) cash equivalent | A | Interest | | | Redeemed | 10/31 | K | C | |
| 2. Woodlands, Dallas Co., MO | | None | L | W | | | | | |
| 3. Woodlands, Dallas Co., MO¯ ´ | | None | K | W | | | | | |
| 4. Office Bldg., Lebanon, MO | | None | K | W | | | | | |
| 5. 1/2 Owner woodlands, Laclede Co., MO | | None | J | W | | | | | |
| 6. 1/3 Owner woodlands, Lebanon, MO | | None | K | W | | | | | |
| 7. GMAC | D | Interest | M | T | | | | | |
| 8. Bank of America Accounts | C | Interest | M | T | | | | | |
| 9. Corn Prod. Int'l. com. stock | A | Dividend | J | T | | | | | |
| 10. Vail Resort, Inc. (common) | | None | J | T | | | | | |
| 11. Mid-Missouri Bank Account | C | Interest | M | T | | | | | |
| 12. Cisco Systems, Inc. (common) | | None | J | T | | | | | |
| 13. Pepsico, Inc. (common) | B | Dividend | K | T | | | | | |
| 14. Federated Total Return Bond Fund | C | Dividend | | | Sold | 01/02 | J | A | |
| 15. -- | | | | | Buy | 10/10 | K | | |
| 16. -- | | | | | Buy | 12/02 | J | | |
| 17. -- | | | | | Sold | 12/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Pimco Foreign Bond Fund | D | Dividend | | | Sold | 01/02 | J | A | |
| 19. -- | | | | | Buy | 10/10 | K | | |
| 20. -- | | | | | Buy | 12/02 | J | | |
| 21. -- | | | | | Sold | 12/15 | J | A | |
| 22. Vanguard GNMA Fund | B | Dividend | | | Sold | 01/02 | J | A | |
| 23. -- | | | | | Buy | 10/10 | K | | |
| 24. -- | | | | | Buy | 12/02 | J | | |
| 25. -- | | | | | Sold | 12/15 | J | A | |
| 26. Vanguard Developed Markets Index | B | Dividend | K | T | Buy | 10/10 | J | | |
| 27. -- | | | | | Buy | 11/06 | J | | |
| 28. -- | | | | | Buy | 12/02 | J | | |
| 29. Vanguard Institutional Index | A | Dividend | K | T | Sold (part) | 01/29 | J | | |
| 30. -- | | | | | Buy | 01/03 | J | | |
| 31. -- | | | | | Sold | 02/26 | K | | |
| 32. -- | | | | | Sold | 08/29 | K | | |
| 33. -- | | | | | Buy | 10/10 | J | | |
| 34. -- | | | | | Buy | 10/29 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- | | | | | Buy | 11/06 | J | | |
| 36. Goldman Sachs Financial Square Money Market Fund | A | Dividend | | | Redeemed | 01/03 | J | | |
| 37. -- | | | | | Buy | 06/16 | J | | |
| 38. -- | | | | | Buy | 09/02 | M | | |
| 39. -- | | | | | Redeemed | 09/14 | M | | |
| 40. -- | | | | | Buy | 10/01 | J | | |
| 41. -- | | | | | Buy | 10/02 | N | | |
| 42. -- | | | | | Redeemed | 10/10 | M | | |
| 43. -- | | | | | Buy | 10/29 | J | | |
| 44. -- | | | | | Buy | 11/03 | K | | |
| 45. -- | | | | | Buy | 11/04 | J | | |
| 46. -- | | | | | Redeemed | 11/06 | K | | |
| 47. -- | | | | | Redeemed | 12/02 | K | | |
| 48. -- | | | | | Redeemed | 12/15 | J | | |
| 49. -- | | | | | Buy | 12/16 | J | | |
| 50. -- | | | | | Redeemed | 12/17 | J | | |
| 51. Dimensional Fund Advisors Investment Dimensions Group | D | Dividend | N | T | Sold (part) | 01/02 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- | | | | | Buy | 01/03 | K | | |
| 53. -- | | | | | Buy | 01/25 | J | | |
| 54. -- | | | | | Sold | 08/29 | M | A | |
| 55. -- | | | | | Sold | 10/09 | J | A | |
| 56. -- | | | | | Buy | 10/10 | L | | |
| 57. -- | | | | | Buy | 10/29 | L | | |
| 58. -- | | | | | Buy | 11/06 | J | | |
| 59. -- | | | | | Buy | 12/02 | J | | |
| 60. -- | | | | | Buy | 12/17 | J | | |
| 61. IRA #1 | D | Interest | M | T | | | | | |
| 62. -- AIM Int'l. Mutual Fund | | | | | | | | | |
| 63. -- AIM Equity Funds CLA | | | | | | | | | |
| 64. AIM Growth SEP | A | Interest | M | T | | | | | |
| 65. Harley Davidson, Inc. | A | Dividend | J | T | | | | | |
| 66. Pim. Comm. | D | Dividend | K | T | Sold (part) | 01/02 | J | A | |
| 67. -- | | | | | Buy | 10/10 | J | | |
| 68. -- | | | | | Buy | 11/06 | J | | |

---

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Northern Fund Global | B | Dividend | K | T | Buy | 01/03 | J | | |
| 70. -- | | | | | Buy | 10/10 | J | | |
| 71. -- | | | | | Buy | 11/06 | J | | |
| 72. -- | | | | | Buy | 12/02 | J | | |
| 73. Vanguard TIPS | B | Dividend | K | T | Sold (part) | 01/02 | J | A | |
| 74. -- | | | | | Buy | 10/10 | J | | |
| 75. -- | | | | | Buy | 12/02 | J | | |
| 76. Vanguard Index Funds Lg Cap ETF | A | Dividend | | | Buy | 09/04 | M | | |
| 77. -- | | | | | Sold | 10/28 | M | A | |
| 78. Vanguard Index Funds Grw Idx Signal | A | Dividend | K | T | Buy | 01/30 | J | | |
| 79. -- | | | | | Buy | 02/27 | K | | |
| 80. -- | | | | | Sold | 08/29 | K | A | |
| 81. -- | | | | | Buy | 10/10 | K | | |
| 82. -- | | | | | Buy | 10/29 | K | | |
| 83. -- | | | | | Buy | 11/06 | J | | |
| 84. Vanguard Sm-CP IN SG 1345 | A | Dividend | | | Buy | 09/02 | L | | |
| 85. -- | | | | | Sold | 10/28 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Dodge & Cox Int'l Stock 1048 | A | Dividend | J | T | Buy | 09/02 | K | | |
| 87. -- | | | | | Sold | 10/28 | J | A | |
| 88. Central Bank Accounts | A | Interest | J | T | Open | 02/01 | K | | |
| 89. Bank Midwest Account | A | Interest | | T | Open | 04/21 | M | | |
| 90. Garmin, LTD | A | Dividend | | T | Buy | 07/30 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 04/21/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

III. NON-INVESTMENT INCOME.
    A. Filer's Non-Investment Income
        In previous years I have reported the gross figure. This year I have reported the net amount as the filing instructions dictate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 |
| Rev. 1/2008 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>WHIPPLE, HAROLD "DEAN" D. | 2. Court or Organization<br><br>Western District of Missouri | 3. Date of Report<br><br>04/21/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE (Senior Status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>8462 Chas. Evans Whittaker Crt<br>400 East 9th Street<br>Kansas City, MO 64106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 APR 22 A 10: 22 FINANCIAL DISCLOSURE OFFICE

Whipple_Harold_Dean D 2

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 04/21/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2008 | Missouri Judges Retirement System - Pension | $36,041.04 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Administrative Office - U.S. Courts - Administrative Assistant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 04/21/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank (formerly Merc.Bank) (IRA's) cash equivalent | A | Interest | | | Redeemed | 10/31 | K | C | |
| 2. Woodlands, Dallas Co., MO | | None | L | W | | | | | |
| 3. Woodlands, Dallas Co., MO | | None | K | W | | | | | |
| 4. Office Bldg., Lebanon, MO | | None | K | W | | | | | |
| 5. 1/2 Owner woodlands, Laclede Co., MO | | None | J | W | | | | | |
| 6. 1/3 Owner woodlands, Lebanon, MO | | None | K | W | | | | | |
| 7. GMAC | D | Interest | M | T | | | | | |
| 8. Bank of America Accounts | C | Interest | M | T | | | | | |
| 9. Corn Prod. Int'l. com. stock | A | Dividend | J | T | | | | | |
| 10. Vail Resort, Inc. (common) | | None | J | T | | | | | |
| 11. Mid-Missouri Bank Account | C | Interest | M | T | | | | | |
| 12. Cisco Systems, Inc. (common) | | None | J | T | | | | | |
| 13. Pepsico, Inc. (common) | B | Dividend | K | T | | | | | |
| 14. Federated Total Return Bond Fund | C | Dividend | | | Sold | 01/02 | J | A | |
| 15. -- | | | | | Buy | 10/10 | K | | |
| 16. -- | | | | | Buy | 12/02 | J | | |
| 17. -- | | | | | Sold | 12/15 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Pimco Foreign Bond Fund | D | Dividend | | | Sold | 01/02 | J | A | |
| 19.  -- | | | | | Buy | 10/10 | K | | |
| 20.  -- | | | | | Buy | 12/02 | J | | |
| 21.  -- | | | | | Sold | 12/15 | J | A | |
| 22.  Vanguard GNMA Fund | B | Dividend | | | Sold | 01/02 | J | A | |
| 23.  -- | | | | | Buy | 10/10 | K | | |
| 24.  -- | | | | | Buy | 12/02 | J | | |
| 25.  -- | | | | | Sold | 12/15 | J | A | |
| 26.  Vanguard Developed Markets Index | B | Dividend | K | T | Buy | 10/10 | J | | |
| 27.  -- | | | | | Buy | 11/06 | J | | |
| 28.  -- | | | | | Buy | 12/02 | J | | |
| 29.  Vanguard Institutional Index | A | Dividend | K | T | Sold (part) | 01/29 | J | | |
| 30.  -- | | | | | Buy | 01/03 | J | | |
| 31.  -- | | | | | Sold | 02/26 | K | | |
| 32.  -- | | | | | Sold | 08/29 | K | | |
| 33.  -- | | | | | Buy | 10/10 | J | | |
| 34.  -- | | | | | Buy | 10/29 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- | | | | | Buy | 11/06 | J | | |
| 36. Goldman Sachs Financial Square Money Market Fund | A | Dividend | | | Redeemed | 01/03 | J | | |
| 37. -- | | | | | Buy | 06/16 | J | | |
| 38. -- | | | | | Buy | 09/02 | M | | |
| 39. -- | | | | | Redeemed | 09/14 | M | | |
| 40. -- | | | | | Buy | 10/01 | J | | |
| 41. -- | | | | | Buy | 10/02 | N | | |
| 42. -- | | | | | Redeemed | 10/10 | M | | |
| 43. -- | | | | | Buy | 10/29 | J | | |
| 44. -- | | | | | Buy | 11/03 | K | | |
| 45. -- | | | | | Buy | 11/04 | J | | |
| 46. -- | | | | | Redeemed | 11/06 | K | | |
| 47. -- | | | | | Redeemed | 12/02 | K | | |
| 48. -- | | | | | Redeemed | 12/15 | J | | |
| 49. -- | | | | | Buy | 12/16 | J | | |
| 50. -- | | | | | Redeemed | 12/17 | J | | |
| 51. Dimensional Fund Advisors Investment Dimensions Group | D | Dividend | N | T | Sold (part) | 01/02 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- | | | | | Buy | 01/03 | K | | |
| 53. -- | | | | | Buy | 01/25 | J | | |
| 54. -- | | | | | Sold | 08/29 | M | A | |
| 55. -- | | | | | Sold | 10/09 | J | A | |
| 56. -- | | | | | Buy | 10/10 | L | | |
| 57. -- | | | | | Buy | 10/29 | L | | |
| 58. -- | | | | | Buy | 11/06 | J | | |
| 59. -- | | | | | Buy | 12/02 | J | | |
| 60. -- | | | | | Buy | 12/17 | J | | |
| 61. IRA #1 | D | Interest | M | T | | | | | |
| 62. -- AIM Int'l. Mutual Fund | | | | | | | | | |
| 63. -- AIM Equity Funds CLA | | | | | | | | | |
| 64. AIM Growth SEP | A | Interest | M | T | | | | | |
| 65. Harley Davidson, Inc. | A | Dividend | J | T | | | | | |
| 66. Pim. Comm. | D | Dividend | K | T | Sold (part) | 01/02 | J | A | |
| 67. -- | | | | | Buy | 10/10 | J | | |
| 68. -- | | | | | Buy | 11/06 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   Northern Fund Global | B | Dividend | K | T | Buy | 01/03 | J | | |
| 70.   -- | | | | | Buy | 10/10 | J | | |
| 71.   -- | | | | | Buy | 11/06 | J | | |
| 72.   -- | | | | | Buy | 12/02 | J | | |
| 73.   Vanguard TIPS | B | Dividend | K | T | Sold (part) | 01/02 | J | A | |
| 74.   -- | | | | | Buy | 10/10 | J | | |
| 75.   -- | | | | | Buy | 12/02 | J | | |
| 76.   Vanguard Index Funds Lg Cap ETF | A | Dividend | | | Buy | 09/04 | M | | |
| 77.   -- | | | | | Sold | 10/28 | M | A | |
| 78.   Vanguard Index Funds Grw Idx Signal | A | Dividend | K | T | Buy | 01/30 | J | | |
| 79.   -- | | | | | Buy | 02/27 | K | | |
| 80.   -- | | | | | Sold | 08/29 | K | A | |
| 81.   -- | | | | | Buy | 10/10 | K | | |
| 82.   -- | | | | | Buy | 10/29 | K | | |
| 83.   -- | | | | | Buy | 11/06 | J | | |
| 84.   Vanguard Sm-CP IN SG 1345 | A | Dividend | | | Buy | 09/02 | L | | |
| 85.   -- | | | | | Sold | 10/28 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 04/21/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Dodge & Cox Int'l Stock 1048 | A | Dividend | J | T | Buy | 09/02 | K | | |
| 87.  -- | | | | | Sold | 10/28 | J | A | |
| 88.  Central Bank Accounts | A | Interest | J | T | Open | 02/01 | K | | |
| 89.  Bank Midwest Account | A | Interest | | T | Open | 04/21 | M | | |
| 90.  Garmin, LTD | A | Dividend | | T | Buy | 07/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD "DEAN" D. | 04/21/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

III. NON-INVESTMENT INCOME.
A. Filer's Non-Investment Income
In previous years I have reported the gross figure. This year I have reported the net amount as the filing instructions dictate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544